McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01: 06-CR-00235 AWI |
| Plaintiff, ) | ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. ) | |
| PEDRO LOPEZ, ) | |
| Defendant. ) | |

On March 29, 2007, a Judge of the Superior Court for the County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Pedro Lopez, et al., Superior Court Number F07902247.  Further action is to commence on or about April 4, 2007.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action.  It appearing that the defendant's presence is needed for an arraignment/preliminary hearing  in the state action, and that the next court appearance in the above-entitled case is on or about Wednesday, April 4, 2007:

IT IS HEREBY ORDERED that deputies of the Fresno County

1  Sheriff's Office may take custody of the defendant pursuant to the
2  terms of the writ, attached to the Government's Application, and
3  from day to day thereafter as is necessary to complete the
4  arraignment and further proceedings in that case, but return him to
5  the custody of the United States Marshal after the April 4, 2007,
6  hearing and any hearing thereafter.
7       IT IS FURTHER ORDERED that if a federal court date conflicts
8  with a state court date that the federal court date will take
9  precedence over the state court date.

11 IT IS SO ORDERED.
12 **Dated:   April 3, 2007**              **/s/ Anthony W. Ishii**
   0m8i78                                  UNITED STATES DISTRICT JUDGE